ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL II

| | | |
|---|---|---|
| MYRELIS RODRIGUEZ SOTO y VÍCTOR PESANTE GARCÍA, ambos en representación de su hija menor de edad A.P.R.<br><br>Recurrida<br><br>v.<br><br>HOSPITAL MENONITA GUAYAMA INC., et al<br><br>Peticionarios | KLCE202500016 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala de Guayama<br><br>Caso Núm. GM2022CV00280<br><br>Sobre: Daños y Perjuicios |

Panel integrado por su presidente el Juez Bermúdez Torres, la Jueza Martínez Cordero y el Juez Cruz Hiraldo

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 8 de enero de 2025.

Considerada la *Petición de Certiorari*, presentada por la parte peticionaria, Hospital San Lucas, Inc. & Beazley Insurance Company, Inc., *denegamos* su expedición. Regla 52.1 de Procedimiento Civil, 32 LPRA Ap. V, R. 52.1.[1] Asimismo, declaramos "No Ha Lugar" la *Moción urgente en auxilio de jurisdicción y Solicitud de paralización de los procedimientos*.

**Notifíquese inmediatamente**.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Dispone en lo aquí pertinente:
**Al denegar la expedición de un recurso de certiorari en estos casos, el Tribunal de Apelaciones no tiene que fundamentar su decisión.**

Número Identificador

RES2025_____